JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SOLTERO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRIPLE B CORPORATION, a Washington Corporation and DOES 1 through 20, Inclusive,<br><br>Defendant. | Case No. **2:20-cv-04372 RGK (MAAx)**<br><br>~~[PROPOSED]~~ **ORDER FOR DISMISSAL WITH PREJUDICE**<br>[19]<br><br>Assigned to the Hon. R. Gary Klausner<br><br>Action Filed: March 4, 2020 |

///

///

///

~~[PROPOSED]~~ ORDER FOR DISMISSAL WITH PREJUDICE
4814-1703-1122v.2 0081081-000050

**DAVIS WRIGHT TREMAINE** LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**TO THE COURT, CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

Finding good cause, the Court grants Plaintiff Patrick Soltero and Defendant Triple B Corporation's Joint Stipulated Dismissal of Entire Action with Prejudice.

Accordingly, IT IS HERE BY ORDERED that:

1. The above-captioned action is dismissed with prejudice; and
2. All pending motions filed by any party are deemed withdrawn.

IT IS ORDERED.

Dated: 11/24/2020

*Gary Klausner*
HON. R. GARY KLASUNER
U.S. DISTRICT JUDGE

1
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
4814-1703-1122v.2 0081081-000050

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899